UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:23-CV-02473-JSS-DCI

ATLANTIC HOUSING PARTNERS
L.L.L.P., A FLORIDA LIMITED
LIABILITY PARTNERSHIP; CANTON
CONSTRUCTION, LLC, A FLORIDA
LIMITED LIABILITY
CORPORATION; CONCORD
MANAGEMENT, LTD., A FLORIDA
LIMITED PARTNERSHIP; THE
VENUE AT HERITAGE OAKS
PARTNERS, LTD.,

       Plaintiffs,

vs.

BREVARD COUNTY, A POLITICAL
SUBDIVISION OF THE STATE OF
FLORIDA,

       Defendant.
_____/

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO EXCHANGE MANDATORY INITIAL DISCLOSURES, AND MEMORANDUM OF LAW IN SUPPORT THEREOF**

COME NOW Plaintiffs, ATLANTIC HOUSING PARTNERS L.L.L.P., CANTON CONSTRUCTION, LLC, CONCORD MANAGEMENT, LTD., AND THE VENUE AT HERITAGE OAKS PARTNERS, LTD. (collectively, "Plaintiffs"), by and through their undersigned counsel, pursuant to Federal Rule of

0909692\204789\13727907v1

Civil Procedure 6(b)(1)(A), file this their timely *Unopposed Motion for Extension of Time Within Which to Exchange Mandatory Initial Disclosures, and Memorandum of Law in Support Thereof* (the "Motion"). Plaintiffs state as follows in support hereof:

Pursuant to the Court's *Case Management and Scheduling Order* [ECF No. 26], the parties are to exchange their mandatory initial disclosures on April 1, 2024. Plaintiffs are working diligently to compile the information required pursuant to Federal Rule of Civil Procedure 26(a)(1). However, Plaintiffs require additional time to gather all of the required information. Accordingly, Plaintiffs respectfully request a two-week extension until April 15, 2024, within which to provide Defendant with the required initial disclosures. This motion is timely made within the original time to exchange the Mandatory Initial Disclosures, and is not being filed for the purpose of creating undue delay.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 6(b)(1) authorizes the enlargement of time Plaintiffs are seeking herein. According to Rule 6(b)(1):

> When an act may or must be done at or within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Fed. R. Civ. P. 6(b)(1).

In the present case, Plaintiffs' Motion, as stated above, establishes good cause for an extension of time in which to allow Plaintiffs to provide all of the information required pursuant to Federal Rule of Civil Procedure 26(a)(1). No prejudice will result to any party or the Court in the granting of this unopposed motion.

WHEREFORE, Plaintiffs, ATLANTIC HOUSING PARTNERS L.L.L.P., CANTON CONSTRUCTION, LLC, CONCORD MANAGEMENT, LTD., AND THE VENUE AT HERITAGE OAKS PARTNERS, LTD., respectfully request that the Court enter an Order granting Plaintiffs until April 15, 2024, to provide all of the information required pursuant to Federal Rule of Civil Procedure 26(a)(1).

## Local Rule 3.01(g) Certificate of Compliance

I HEREBY CERTIFY that in compliance with Local Rule 3.01(g), the undersigned counsel has conferred by email with Defendant's counsel on April 1, 2024, in a good-faith effort to resolve the issues raised in the instant Motion; and Defendant has no objection to the relief sought in this Motion.

Respectfully submitted this 1st day of April 2024.

0909692\204789\13727907v1

      */s/ Rebecca E. Rhoden*
Rebecca E. Rhoden, Esquire
Florida Bar No.: 0019148
**LOWNDES, DROSDICK, DOSTER, KANTOR & REED, P.A.**
215 North Eola Drive
P.O. Box 2809
Orlando, Florida 32802-2809
rebecca.rhoden@lowndes-law.com
litcontrol@lowndes-law.com
tina.althoff@lowndes-law.com
Telephone: 407-843-4600
Facsimile: 407-843-4444
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April 2024, a true and correct copy of the foregoing was electronically filed with this Court and served on all attorneys of record.

      */s/ Rebecca E. Rhoden*
**Rebecca E. Rhoden, Esquire**