UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:23-cv-2473-JSS-DCI

ATLANTIC HOUSING PARTNERS L.L.L.P., A FLORIDA LIMITED LIABILITY PARTNERSHIP; CANTON CONSTRUCTION, LLC, A FLORIDA LIMITED LIABILITY CORPORATION; CONCORD MANAGEMENT, LTD., A FLORIDA LIMITED PARTNERSHIP; THE VENUE AT HERITAGE OAKS PARTNERS, LTD.,

  Plaintiffs,

v.

BREVARD COUNTY, A POLITICAL SUBDIVISION OF THE STATE OF FLORIDA,

  Defendant.
_____/

**PLAINTIFFS AND DEFENDANT'S JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE, AND DISPOSITIVE MOTIONS, *DAUBERT*, AND *MARKMAN* MOTIONS DEADLINE, AND INCORPORATED MEMORANDUM OF LAW**

  Plaintiffs, Atlantic Housing Partners, L.L.L.P., Canton Construction, LLC, Concord Management, Ltd., and The Venue at Heritage Oaks Partners, Ltd, and Defendant, Brevard County (together with Plaintiffs, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Federal Rule of Civil

1

Procedure 6(b)(1) and Local Rule 3.01, file their *Joint Motion for Extension of Discovery Deadline, and Dispositive Motions, Daubert, and Markman Motions Deadline, and Incorporated Memorandum of Law* (this "Motion"), and request this Court to extend this case's discovery deadline (the "Discovery Cutoff") from February 3, 2025, to March 1, 2025, and to extend this case's deadline for dispositive motions, *Daubert*, and *Markman* motions (the "Dispositive Motion Deadline") from March 3, 2025, to April 1, 2025. In support of this Motion, Plaintiffs and Defendant state as follows:

1. On December 27, 2023, Plaintiff initiated this action by filing their original *Complaint* (Doc. 1).

2. On March 26, 2024, this Court entered its *Case Management and Scheduling Order* (Doc. 26). Thereby, this Court, *inter alia*, set this case's deadlines.

3. As of the date of this filing, the following deadlines remain pending:

| | |
|---|---|
| Discovery and Discovery-Related Motions Deadline | February 3, 2025 |
| Mediation Deadline | February 18, 2025 |
| Dispositive Motions, *Daubert*, and *Markman* Motions | March 3, 2025 |
| In Person Meeting to Prepare the Joint Pretrial Statement | June 23, 2025 |

| | |
|---|---|
| Joint Pretrial Statement | June 30, 2025 |
| Motions in Limine | June 26, 2025 |
| Final Pretrial Conference | July 10, 2025 at 2:00 PM |
| Trial Briefs | *15 days before trial in non-jury cases. Optional in jury trials. |
| Trial Term | August 4, 2025 at 9:00 AM |
| ➢ Length | 5 days |
| ➢ Jury/Non-Jury | Jury |

4. The Parties request a one-month extension of time to complete their discovery practice in this case. That is, the Parties request this Court to extend the Discovery Cutoff from February 3, 2025, to March 1, 2025.

5. The Parties only require one additional month to compete their respective discovery practice in this case by conducting final paper discovery and deposing additional witnesses.

6. This is the Parties first request to extend the Discovery Cutoff.

7. If this Court grants the Parties' requested extension of the Discovery Cutoff, there will be an insufficient amount of time between the new Discovery Cutoff (i.e., March 1, 2025) and the current Dispositive Motion Deadline (i.e., March 3, 2025).

8. Accordingly, the Parties also request this Court to correspondingly extend the Dispositive Motion Deadline by one month as well. That is, the Parties

request this Court to extend the Dispositive Motion Deadline from March 3, 2025, to April 1, 2025.

9. This is the Parties first request to extend the Dispositive Motion Deadline.

10. The Parties' foregoing requests are made in good faith and not for the purpose of undue delay. Moreover, as they are jointly moving for the requested relief herein, the Parties acknowledge that neither Plaintiffs nor Defendant will be prejudiced if this Court grants this Motion.

WHEREFORE, Plaintiffs, Atlantic Housing Partners, L.L.L.P., Canton Construction, LLC, Concord Management, Ltd., and The Venue at Heritage Oaks Partners, Ltd, and Defendant, Brevard County, request this Court to enter an order that (1) grants this Motion, (2) extends the Discovery Cutoff from February 3, 2025, to March 1, 2025, (3) extends the Dispositive Motion Deadline from March 3, 2025, to April 1, 2025, and (4) grants any other relief that this Court deems just or proper.

Filed this 6th day of January 2025.

/s/ Michael D. Piccolo
**Rebecca E. Rhoden**
Florida Bar No. 0019148
**Michael D. Piccolo**
Florida Bar No. 1003505
**Lowndes, Drosdick, Doster, Kantor & Reed, P.A.**
215 North Eola Drive
Orlando, Florida 32802-2809
Telephone: (407) 843-4600
rebecca.rhoden@lowndes-law.com
michael.piccolo@lowndes-law.com
courtnay.holt@lowndes-law.com
litcontrol@lowndes-law.com

*Counsel for Plaintiffs*

/s/ Susan G. Gainey
Susan G. Gainey, Esquire
Florida Bar No.: 1016477
Roper, Townsend, Sutphen, P.A.
255 S. Orange Ave., Suite 750
Orlando, FL 32801
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Attorneys for Defendant, Brevard County
Primary e-mail: sgainey@roperpa.com
Secondary e-mail: lramirez@roperpa.com

5

## Local Rule 3.01(g) Certificate of Compliance

I hereby certify that in compliance with Local Rule 3.01(g), the undersigned counsel has conferred by email with Defendant's counsel on January 3, 2025, in a good-faith effort to resolve the issues raised in this Motion, and Defendant has no objection to the relief sought in this Motion and joins in requesting the relief sought in this Motion.

*/s/ Michael D. Piccolo*
**Michael D. Piccolo**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January 2025, a true and correct copy of the foregoing was electronically filed with this Court by using the CM/ECF system and served on all attorneys of record.

*/s/ Michael D. Piccolo*
**Michael D. Piccolo**