UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

6:23-cv-2473-JSS-DCI

ATLANTIC HOUSING PARTNERS L.L.L.P., A FLORIDA LIMITED LIABILITY PARTNERSHIP; CANTON CONSTRUCTION, LLC, A FLORIDA LIMITED LIABILITY CORPORATION; CONCORD MANAGEMENT, LTD., A FLORIDA LIMITED PARTNERSHIP; THE VENUE AT HERITAGE OAKS PARTNERS, LTD.,

**PLAINTIFF(S)**
V.

BREVARD COUNTY, A POLITICAL SUBDIVISION OF THE STATE OF FLORIDA,

**DEFENDANT(S)**
_____/

## MEDIATION DISPOSITION REPORT

A Mediation conference was conducted on 1/15/2025 . The conference resulted in the following:

- ____ The parties reached an agreement.
- ✓ The parties did not reach an agreement.
- ____ The conference has been adjourned.
- ____ Other

Dated 1/15/2025

Respectfully submitted,
**Stan Strickland, Mediator**
Mediator # **28681R**
200 E. Robinson Street Suite 700
Orlando, Florida 32801
Business Phone: 407-649-9495
Toll-Free: 800-851-9173

Mediate First, Inc.
200 East Robinson Street
Suite 700
Orlando, FL 32801

ORLANDO FL
3 FEB 2025 PM 2 L

US POSTAGE
$000.69
First-Class - IM
ZIP 32801
02/03/2025
036B 0011825357

US Middle District of Florida
Orlando Divisson
401 West Central Blvd.
Orlando, Florida 32801

32801-040199