UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:23-CV-02473-CEM-DCI

ATLANTIC HOUSING PARTNERS,
L.L.L.P., a Florida limited
liability partnership;
CANTON CONSTRUCTION, LLC, a
Florida limited liability
corporation; CONCORD
MANAGEMENT, LTD., a Florida
limited partnership; THE
VENUE AT HERITAGE OAKS
PARTNERS, LTD.,

    Plaintiffs,

vs.

BREVARD COUNTY, a political
subdivision of the state of
Florida,

    Defendant.

_____/

VIDEO-RECORDED DEPOSITION OF THE CORPORATE
REPRESENTATIVE FOR ATLANTIC HOUSING PARTNERS, L.L.L.P.,
PURSUANT TO FLORIDA RULE OF CIVIL PROCEDURE 30(B)(6)

DEPONENT:   W. SCOTT CULP

DATE:       Tuesday, March 18, 2025

TIME:       9:34 a.m. to 4:30 p.m.

PLACE:      Lowndes, Drosdick, Doster,
            Kantor & Reed, P.A.
            215 North Eola Drive
            Orlando, Florida 32801

Exhibit A

Stenographically Reported By: Andrea C. Rivera
Professional Court Reporter, Notary Public

```
 1   statement needed to be done?
 2        A    I don't recall that, but I would disagree with
 3   it.
 4        Q    Was there an objection that a pedestrian had
 5   recently been hit in the area and there were safety
 6   concerns as it relates to traffic?
 7        A    I don't remember that.
 8        Q    Was there an objection about motor vehicle
 9   accidents that had occurred in the area and also
10   concerns about increased traffic?
11        A    I remember some comments in that regard, and I
12   disagree.
13        Q    Did Atlantic Housing hire a lobbyist as it
14   relates to Live Local?
15        A    Atlantic Housing has a lobbyist.  We didn't
16   hire a lobbyist specifically as it relates to Live
17   Local.
18        Q    Did your lobbyist take any actions as it
19   relates to Live Local?
20        A    I and my lobbyist had numerous discussions
21   with representatives in the legislature, with staff and
22   elected representatives with regard to the Live Local
23   Act when it was being developed.
24        Q    And was Atlantic Housing in support of the
25   legislation?
```