UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ATLANTIC HOUSING PARTNERS
L.L.L.P., CANTON CONSTRUCTION
LLC, CONCORD MANAGEMENT,
LTD, and THE VENUE AT
HERITAGE OAKS PARTNERS, LTD,

    Plaintiffs,

v.                                                                                        Case No: 6:23-cv-2473-JSS-DCI

BREVARD COUNTY,

    Defendant.
_____/

## ORDER

The court sua sponte amends certain deadlines contained in the Case Management and Scheduling Order. (Dkt. 26.) The court adopts the following amended deadlines:

| | |
|---|---|
| **In Person Meeting to Prepare the Joint Pretrial Statement** | December 12, 2025 |
| **Joint Pretrial Statement and Deposition Designations** | December 19, 2025 |
| **Motions in Limine** | December 15, 2025 |
| **Final Pretrial Conference** | January 14, 2026 at 2:00 PM |
| **Trial Briefs** | * 15 days before trial in non-jury cases. Optional in jury trials |
| **Trial Term** | February 2, 2026 at 9:00 AM |
| ➢ **Length** | 5 days |
| ➢ **Jury/Non-Jury** | Jury |

No other deadlines are extended, and all other provisions of the Case Management and Scheduling Order remain in full force and effect.

**ORDERED** in Orlando, Florida, on June 30, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party