UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ATLANTIC HOUSING PARTNERS L.L.L.P., a Florida limited liability partnership; CANTON CONSTRUCTION, LLC, A Florida limited liability corporation; CONCORD MANAGEMENT, LTD., a Florida limited partnership; THE VENUE AT HERITAGE OAKS PARTNERS, LTD.,     Plaintiffs, v. BREVARD COUNTY, a political subdivision of the state of Florida,     Defendant. _____/ | Case No. 6:23-CV-02473-CEM-DCI |

## UNOPPOSED MOTION TO RESCHEDULE PRE-TRIAL CONFERENCE

COMES NOW, Defendant Brevard County, through its attorney, and hereby files and serves its Unopposed Motion to Reschedule the Pre-Trial Conference.

1. On June 30, 2025, the Court set the Final Pre-Trial Conference for January 14, 2026 at 2:00 pm.

2. On November 19, 2025, the Court reset the Final Pre-Trial Conference for January 8, 2026 at 1:00 p.m.

3. The undersigned attorney is the lead attorney for Defendant and has pre-planned and paid for a family vacation including on January 8, 2026. Defendant's lead attorney will be out of the country from December 31, 2026 through January 11, 2026.

4. The undersigned counsel will not be available on the rescheduled date for the Final Pre-Trial Conference, January 8, 2026.

WHEREFORE, Defendant Brevard County respectfully requests that the Court reschedule the January 8, 2026 Final Pre-Trial Conference to another date and time that parties are available.

Respectfully submitted this 21st day of November, 2025.

/s/ *Susan G. Gainey*
Susan G. Gainey, Esquire
Florida Bar No.: 1016477
Roper, Townsend & Sutphen, P.A.
255 S. Orange Avenue, Suite 750
Orlando, FL 32801
Telephone: (407) 470-1468
Primary email: sgainey@roperpa.com
Secondary email: mgraham@roperpa.com
Attorneys for Brevard County

**Local Rule 3.01(g) Certification**

Pursuant to Local Rule 3.01(g), counsel for Defendant has conferred in good faith with counsel for Plaintiffs regarding this motion. The parties agree on the relief requested in this motion.

Respectfully submitted,

/s/ *Susan G. Gainey*
Susan G. Gainey, Esquire.
Florida Bar No.: 1016477
Roper, Townsend & Sutphen, P.A.
255 S. Orange Avenue, Suite 750
Orlando, FL 32801
Attorneys for Brevard County